

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-14-00606-CV

**ARGO GROUP US, INC.**, Colony Management Services, Inc., Colony Insurance Company, Colony National Insurance Company, Colony Specialty Insurance Company, Colony Agency Services, Inc., and Argo Group International Holdings, Ltd.,
Appellants

v.

Louis D. **LEVINSON**, International Financial Group, Inc., Guilford Specialty Group, Inc., Guilford Insurance Company, and The Burlington Insurance Company,
Appellees

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-09550
Honorable Antonia Arteaga, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ANGELINI, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the trial court's Order Denying Temporary Injunction is AFFIRMED and the cause is remanded for further proceedings.

It is ORDERED that appellees recover their costs of appeal from appellants.

SIGNED June 10, 2015.

Sandee Bryan Marion, Chief Justice